### STATE of Maine

### v.

### Chester QUIMBY.

Supreme Judicial Court of Maine.

Submitted on Briefs March 9, 1989.

Decided March 10, 1989.

R. Christopher Almy, Dist. Atty., Michael Roberts, Deputy Dist. Atty., Bangor, for State.

Perry O'Brian, Bangor, for defendant.

Before McKUSICK, C.J., and WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

### MEMORANDUM OF DECISION.

Chester Quimby appeals the judgment convicting him of unlawful sexual contact under 17–A M.R.S.A. § 255(1)(C) (Supp. 1988) entered pursuant to a jury verdict in the Superior Court (Penobscot County;

*Beaulieu, J.*). He contends that there was insufficient evidence for the jury to find beyond a reasonable doubt that he touched the victim "for the purpose of arousing or gratifying sexual desire or for the purpose of causing bodily injury or offensive physical contact." 17–A M.R.S.A. § 251(1)(D) (Supp.1988). Our review of the evidence, however, persuades us that the jury could rationally find every element of the crime beyond a reasonable doubt. *State v. Lyons,* 466 A.2d 868, 870 (Me.1983); *State v. Barry,* 495 A.2d 825, 826 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.